1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    2:24-MC-00207-DJC-CKD

12          Plaintiff,

13      v.                                       *AMENDED* STIPULATION AND ORDER
                                                 EXTENDING TIME FOR FILING A
14  APPROXIMATELY $57,939.48 SEIZED FROM         COMPLAINT FOR FORFEITURE AND/OR
    J.P. MORGAN CHASE BANK, N.A. ACCOUNT         TO OBTAIN AN INDICTMENT ALLEGING
15  NUMBER 781275651, HELD IN THE NAME OF        FORFEITURE
    TP SYSTEMS, LLC,
16
    APPROXIMATELY $20,664.26 SEIZED FROM
17  J.P. MORGAN CHASE BANK, N.A. ACCOUNT
    NUMBER 000000230313733, HELD IN THE
18  NAME OF FIONA WALSHE,

19  APPROXIMATELY $25,787.06 SEIZED FROM
    PNC BANK, NATIONAL ASSOCIATION
20  ACCOUNT NUMBER 3915958077, HELD IN THE
    NAME OF STEPHEN CHRISTOPHER,
21
    APPROXIMATELY $458,850.84 SEIZED FROM
22  UBS AG ACCOUNT NUMBER GE 53231, HELD
    IN THE NAME OF CROWNSEVEN, INC.,
23
    APPROXIMATELY $7,571.62 SEIZED FROM
24  WELLS FARGO BANK, N.A. ACCOUNT
    NUMBER 1010118176129, HELD IN THE NAME
25  OF SARAH NICK, AND

26

27

28
                                    1
                                                 *Amended* Stipulation and Order to Extend Time

1  APPROXIMATELY $12,290.84 SEIZED FROM
   WELLS FARGO BANK, N.A. ACCOUNT
2  NUMBER 2904748601, HELD IN THE NAME OF
   SARAH NICK,
3

4       Defendants.

5

6       It is hereby stipulated by and between the United States of America and potential claimants

7  Stephen Christopher, by and through their respective counsel, and Sarah Nick, Fiona Walshe on behalf of

8  herself and TP Systems, LLC, and Jerry Bohn on behalf of Crownseven, Inc., appearing *in propria*

9  *persona* ("claimants"), as follows:

10      1.      On or about December 23 and 26, 2023, the U.S. Postal Inspection Service ("USPIS")

11  seized the above-referenced defendant funds pursuant to Federal seizure warrants (hereafter collectively

12  "defendant funds").

13      2.      Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to

14  send notice to potential claimants, file a complaint for forfeiture against the defendant funds, or obtain an

15  indictment alleging that the defendant funds are subject to forfeiture within one hundred and fifty days of

16  seizure, unless the court extends the deadline for good cause shown or by agreement of the parties.  That

17  deadline is May 21, 2024.

18      3.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to

19  August 19, 2024, the time in which the United States is required to file a civil complaint for forfeiture

20  against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to

21  forfeiture.

22      4.      Accordingly, the parties agree that the deadline by which the United States shall be

23  required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment

24  ///

25  ///

26  ///

27  ///

28  ///

2

*Amended* Stipulation and Order to Extend Time

1  alleging that the defendant funds are subject to forfeiture shall be extended to August 19, 2024.

2  Dated:  5/17/2024                                              PHILLIP A. TALBERT
                                                                 United States Attorney

3
                                                          By:    /s/ Kevin C. Khasigian
4                                                                KEVIN C. KHASIGIAN
                                                                 Assistant U.S. Attorney

5

6  Dated:  5/20/2024                                             /s/ Fiona Walshe
                                                                 FIONA WALSHE
7                                                                Potential claimant on behalf of herself and
                                                                 TP Systems, LLC
8                                                                Appearing *in propria persona*
                                                                 825 Park Ave
9                                                                Laguna Beach, CA 92651-2213
                                                                 (Signature authorized by email)
10

11 Dated:  5/17/2024                                             /s/ Mia Crager
                                                                 MIA CRAGER
12                                                               Attorney for potential claimant
                                                                 Stephen Christopher
13                                                               (Signature authorized by email)

14

15 Dated:  5/20/2024                                             /s/ Jerry Bohn
                                                                 JERRY BOHN
16                                                               Potential claimant on behalf of Crownseven, Inc.
                                                                 Appearing *in propria persona*
17                                                               6505 Pisano Dr.
                                                                 Lake Worth, FL 33467
18                                                               (Signature authorized by email)

19

20 Dated:  5/21/2024                                             /s/ Sarah Nick
                                                                 SARAH NICK
21                                                               Potential claimant
                                                                 Appearing *in propria persona*
22                                                               2027 Brick Kiln Parkway
                                                                 Mount Pleasant, SC 29466
23                                                               (Signature authorized by email)

24

25     **IT IS SO ORDERED**.

26

27 Dated:  May 24, 2024                                          /s/ Daniel J. Calabretta

                                                                 THE HONORABLE DANIEL J. CALABRETTA
28                                                               UNITED STATES DISTRICT JUDGE

3

*Amended* Stipulation and Order to Extend Time