1  ERIC GRANT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                2:24-MC-00207-DJC-CKD

12                Plaintiff,

13         v.                                STIPULATION AND ORDER EXTENDING
                                             TIME FOR FILING A COMPLAINT FOR
14  APPROXIMATELY $57,939.48 SEIZED FROM     FORFEITURE AND/OR TO OBTAIN AN
    J.P. MORGAN CHASE BANK, N.A. ACCOUNT     INDICTMENT ALLEGING FORFEITURE
15  NUMBER 781275651, HELD IN THE NAME OF
    TP SYSTEMS, LLC,
16
    APPROXIMATELY $20,664.26 SEIZED FROM
17  J.P. MORGAN CHASE BANK, N.A. ACCOUNT
    NUMBER 000000230313733, HELD IN THE
18  NAME OF FIONA WALSHE,

19  APPROXIMATELY $25,787.06 SEIZED FROM
    PNC BANK, NATIONAL ASSOCIATION
20  ACCOUNT NUMBER 3915958077, HELD IN THE
    NAME OF STEPHEN CHRISTOPHER,
21
    APPROXIMATELY $458,850.84 SEIZED FROM
22  UBS AG ACCOUNT NUMBER GE 53231, HELD
    IN THE NAME OF CROWNSEVEN, INC.,
23
    APPROXIMATELY $7,571.62 SEIZED FROM
24  WELLS FARGO BANK, N.A. ACCOUNT
    NUMBER 1010118176129, HELD IN THE NAME
25  OF SARAH NICK, AND

26

27

28

                                        1

APPROXIMATELY $12,290.84 SEIZED FROM WELLS FARGO BANK, N.A. ACCOUNT NUMBER 2904748601, HELD IN THE NAME OF SARAH NICK,

Defendants.

It is hereby stipulated by and between the United States of America and potential claimants Stephen Christopher and Jerry Bohn on behalf of Crownseven, Inc., by and through their respective counsel, and Fiona Walshe on behalf of herself and TP Systems, LLC, appearing *in propria persona* ("claimants"), as follows:

1.      On or about December 23 and 26, 2023, the U.S. Postal Inspection Service ("USPIS") seized the above-referenced defendant funds pursuant to Federal seizure warrants (hereafter collectively "defendant funds").

2.      Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant funds, or obtain an indictment alleging that the defendant funds are subject to forfeiture within one hundred and fifty days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was May 21, 2024.

3.      By *Amended* Stipulation and Order filed May 28, 2024, the parties stipulated to extend to August 19, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

4.      By Stipulation and Order filed August 21, 2024, the parties stipulated to extend to November 15, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.      By Stipulation and Order filed November 19, 2024, the parties stipulated to extend to February 13, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to

Stipulation and Order to Extend Time

forfeiture.

6.     By Stipulation and Order filed February 18, 2025, the parties stipulated to extend to May 14, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7.     By Stipulation and Order filed May 16, 2025, the parties stipulated to extend to August 12, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8.     By Stipulation and Order filed August 13, 2025, the parties stipulated to extend to November 10, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

9.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to February 10, 2026, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///

3

10.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to February 10, 2026.

Dated:  11/10/2025                              ERIC GRANT
                                                United States Attorney

                                    By:     /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
                                            Assistant U.S. Attorney

Dated:  11/10/2025                          /s/ Fiona Walshe
                                            FIONA WALSHE
                                            Potential claimant on behalf of herself and
                                            TP Systems, LLC
                                            Appearing *in propria persona*
                                            (Signature authorized by phone)

Dated:  11/10/2025                          /s/ Mia Crager
                                            MIA CRAGER
                                            Attorney for potential claimant
                                            Stephen Christopher
                                            (Signature authorized by email)

Dated:  11/10/2025                          /s/ Timothy E. Warriner
                                            TIMOTHY E. WARRINER
                                            Attorney for potential claimant Jerry Bohn and
                                            Crownseven, Inc.
                                            Attorney at Law
                                            455 Capitol Mall, Suite 802
                                            Sacramento, CA 95814
                                            (Signature authorized by email)

**IT IS SO ORDERED**.


Dated:  November 10, 2025                   /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE